# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DAVID MILLER, | : | No. 481 WAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ANTHONY PUCCIO AND JOSEPHINE | : | |
| PUCCIO, HIS WIFE, ANGELINE J. | : | |
| PUCCIO, NRT PITTSBURGH, LLC D/B/A | : | |
| COLDWELL BANKER REAL ESTATE | : | |
| SERVICES, AND SUZANNE LORENZI | : | |
| SALA | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.